**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v.                                                       )<br> )   Criminal Action<br>RICARDO ALFREDO LIEVANO and ARTURO )   No. 25-cr-10094-PBS<br>MEDINA SERRANO,                                )<br> )<br>             Defendants.         )<br>_____) | |

**ORDER OF RECUSAL**

September 16, 2025

Saris, J.

　　Pursuant to 28 U.S.C. § 455(a), I recuse myself from this case and direct the clerk forthwith to reassign the case randomly to another District Judge.

　　　　　　　　　　　　　　　　　　/s/ PATTI B. SARIS
　　　　　　　　　　　　　　　　　　Hon. Patti B. Saris
　　　　　　　　　　　　　　　　　　United States District Judge